# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# NEW ALBANY DIVISION

| | |
|---|---|
| STATE OF INDIANA EX REL. ROKITA, *Plaintiff,* v. JACKSON COUNTY SCHNECK MEMORIAL HOSPITAL d/b/a SCHNECK MEDICAL CENTER, *Defendant.* | CASE NO. 4:23-cv-00155 |

## AGREED MOTION TO APPROVE CONSENT JUDGMENT AND ORDER

Plaintiff, Indiana Attorney General *ex rel.* Todd Rokita, as *parens patriae* for the residents of the State of Indiana, by counsel, Deputy Attorney General Jennifer M. Van Dame and Defendant Jackson County Schneck Memorial Hospital d/b/a Schneck Medical Center, by counsel, Heather Shumaker, move the Court to approve the Consent Judgment and Order entered into between the State of Indiana and Defendant, Jackson County Schneck Memorial Hospital d/b/a Schneck Medical Center (collectively, the "Parties"), as the final resolution of this action. In support of this Motion, Plaintiff states:

1. Plaintiff filed its Complaint ("Complaint") against Defendant with this Motion.

1

2. The Parties negotiated a settlement of this action, and the Consent Judgment and Order, signed by both Parties, contains the settlement terms. The Consent Judgment and Order is attached for the Court's review and approval.

3. Plaintiff advised Defendant's counsel of the filing of this Motion and Consent Judgment and Order, and Defendant does not object.

WHEREFORE, the Parties move the Court to approve the attached Consent Judgment and Order resolving this action, with each Party to bear its own fees and costs, and all other just and proper relief.

Respectfully submitted,

_____
Jennifer M. Van Dame
Indiana Attorney No. 32788-53
Deputy Attorney General
Office of the Indiana Attorney General
302 West Washington Street
Indianapolis, IN 46037
Phone: 317-232-0486
Fax: 317-232-7979
Email: jennifer.vandame@atg.in.gov


  /s/ Heather M. Shumaker

Heather M. Shumaker
Indiana Attorney No. 28340-49
McDonald Hopkins LLP
39533 Woodward Avenue
Suite 318
Bloomfiled Hills, MI 48304
Phone: 248-402-4066
hshumaker@mcondaldhopkins.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system.

I further certify that on September 6, 2023, a copy of the foregoing was emailed to the following:

Jackson County Schneck Memorial Hospital
d/b/a Schneck Medical Center
c/o James Giszczak
Heather Shumaker
McDonald Hopkins
39533 Woodward Avenue, Suite 318
Bloomfield Hills, MI 48304
jgiszczak@mcdonaldhopkins.com
hshumaker@mcdonaldhopkins.com

_____
Jennifer M. Van Dame
Indiana Attorney No. 32788-53
Deputy Attorney General
Office of the Indiana Attorney General
302 West Washington Street
Indianapolis, IN 46037
Phone: 317-232-0486
Fax: 317-232-7979
Email: jennifer.vandame@atg.in.gov